Minutes of the United States District Court
Southern District of California
January 10, 2008

HON. **Leo S. Papas**         DEPUTY CLERK: **J. Jarabek**

TAPE NO. LSP08-1; 10:09-10:10

07MJ2963-LSP        USA        vs.        OSCAR CARMONA-GARCIA - 06798298 (C)

PRELIMINARY HEARING

ERICK GUZMAN, FEDERAL DEFENDERS

AUSA: CHARLOTTE KAISER

GOVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED

ABSTRACTS ISSUED TO USM

1 MINUTE