# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER **07mj2963** |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. **06798298** |
| **Oscar Carmona-Garcia** | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **1/10/08** the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [X] Case Dismissed. **on oral motion of the government**
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

**Leo S. Papas**

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR., Clerk

by _J. Arabel_
Deputy Clerk

Received _____
DUSM

Crim-9    (Rev 6-95)    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY