**FILED**
FEB 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case 07mj 2963 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| ) | TO EXONERATE |
| ) | BOND OF A MATERIAL WITNESS |
| v. ) | AND REFUND DEPOSIT TO SURETY |
| ) | |
| OSCAR CARMONA-GARCIA, ) | |
| ) | |
| Defendant. ) | MATERIAL WITNESS: |
| ) | LEONARDO CASTILLO-MORENO |

ORDER

**IT IS ORDERED** that bonds posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness **LEONARDO CASTILLO-MORENO** shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to the surety:

Pedro Castillo
147 Felker Street
Santa Cruz CA 95060

DATED: 2/26/08

_____
United States Judge